Decided May 12, 1999

STATE OF CONNECTICUT *v.* CLAYTON E. WHEAT

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 115 (AC 18116), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

901

*Alan F. Friedman*, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided May 12, 1999